Matthew T. Maloney
*Pro Hac Vice*
DeBofsky Sherman Casciari Reynolds P.C.
150 N. Wacker Dr., Suite 1925
Chicago, IL 60606
(312) 561-4040
Fax (312) 929-0309
mmaloney@debofsky.com
*Attorney for Plaintiff Pamela Pfeffer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| PAMELA PFEFFER, | ) CASE NO.: 2:21-cv-01428-APG-NJK |
|---|---|
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION OF** |
| | ) **DISMISSAL WITH PREJUDICE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pamela Pfeffer ("Plaintiff"), and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree that this entire action shall be dismissed with prejudice. Further, each party will bear its own costs, expenses, and attorneys' fees.

DATED:  January 25, 2022     DEBOFSKY SHERMAN CASCIARI REYNOLDS PC

By:  */s/ Matthew T. Maloney*
MATTHEW T. MALONEY
mmaloney@debofsky.com
*Pro Hac Vice*

MARIE E. CASCIARI
mcasciari@debofsky.com
*Pro Hac Vice*
150 N. Wacker Dr., Suite 1925

1

1
2
                                                      Chicago, IL 60606
                                       *Attorneys for Plaintiff PFEFFER*

3  DATED: January 25, 2022    HOLLAND & HART LLP

4
5                                  By: __/s/ Jack M. Englert, Jr.__
                                      JENAPHER LIN
6                                        JLin@hollandhart.com
                                      9555 Hillwood Drive, 2nd Floor
7                                        Las Vegas, NV 89134

8                                        JACK M. ENGLERT, JR.
                                      JEnglert@hollandhart.com
9                                        555 17th Street, Suite 3200
                                      Denver, CO 80202-3921
10                                       *Attorneys for Defendant HARTFORD*

11
12                                   ORDER

13  This Joint Stipulation to Dismiss is granted. The motion to stay (ECF No. 18) is denied as
14  moot. The clerk is directed to close this case.

15
16  IT IS SO ORDERED:

17  Dated:___January 26, 2022___

18                                       _____
19                                      ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26